JS-6

E. MARTIN ESTRADA
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (415) 609-7296
    Fax: (415) 744-0134
    E-mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MCAVOY,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:22-CV-05086-MAA<br><br>[PROPOSED]<br>JUDGMENT OF REMAND |

1 | The Court having approved the parties' Stipulation to Remand for Further
2 | Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of
3 | Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
4 | the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**
5 | **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
6 | Commissioner of Social Security for further proceedings consistent with the
7 | Stipulation to Remand.

DATED: March 9, 2023

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE